```
Lorna Walker   #154724
The Law Offices of
  SWEET & WALKER, P.C.
2380 Junipero Serra Boulevard, Suite B
Daly City, California 94015
Phone (415) 334-1600  Fax (415) 334-0855
Email:  mail@sweetwalker.com

Attorney for
TROY D. MCMAHAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re: | |
|---|---|
| | Case No. 20-cv-01247-JD |
| SEDGWICK, LLP, | |
| | STIPULATION TO |
| Debtor. | DISMISS APPEAL |

Under Federal Rule of Appellate Procedure 42(b), appellant, Troy D. McMahan, and appellee Sedgwick, LLP, hereby stipulate to dismiss this appeal. The parties shall bear their own costs and attorney's fees.

Dated: March 10, 2020           PACHULSKI STANG ZIEHL & JONES LLP


                                By:    /s/
                                    JOHN W. LUCAS
                                    Attorneys for Sedgwick, LLP

**Notice of Dismissal of Appeal**
Case No. 18-31087 (HLB)                                        1

Dated: March 10, 2020         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By __/s/_____
   MICHAEL M. LAUTER
   Attorneys for the Official
   Committee of Unsecured Creditors


Dated:  March 9, 2020         SWEET & WALKER PC


   __/s/ Lorna Walker_____
   Lorna Walker
   Attorney for TROY D. McMAHAN